In the Matter of WILLIAM J. DALY, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.

Argued October 19, 1944; decided November 22, 1944.

*William B. Mahoney* for appellant.

*Monroe I. Katcher, II,* and *Elvin N. Edwards* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.